IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANDREW WOLTERS,

       Plaintiff,

                                        Civil Action
v.                                        No. 03-3251-KHV

N. L. CONNER, et al.,

       Defendants.

## SUGGESTION OF DEATH UPON THE RECORD
## UNDER RULE 25(a)(1)

Comes now the federal defendant, D. W. Reed, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Laurie K. Kahrs, Assistant United States Attorney for said district, and hereby suggests upon the record, pursuant to Rule 25(a)(1), the death of N. L. Conner, co-defendant named in this action, during the pendency of this action.

                                                     Respectfully submitted,

                                                     ERIC F. MELGREN
                                                   United States Attorney

                                                     _____
                                                     **s/ Laurie K. Kahrs**
                                                     LAURIE K. KAHRS # 17249
                                                     Assistant U.S. Attorney
                                                     301 N. Main, Suite 1200
                                                     Wichita, Kansas 67202
                                                     Telephone: (316)269-6481
                                                     E-mail: laurie.kahrs@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

        Andrew Wolters
        Reg. # 10010-112
        USP Leavenworth
        P.O. Box 1000
        Leavenworth, KS 66048

                                          **s/ Laurie K. Kahrs**
                                          LAURIE K. KAHRS
                                          Assistant U.S. Attorney