# CERTIFICATE OF DEATH

**KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT**
Office of Vital Statistics

Amended: 12/29/2003
DEC 29 2003
State File Number: 2003-022567

| Field | Value |
|---|---|
| 1. Decedent's Name | Newman Lawrence Conner |
| 2. Sex | Male |
| 3. Date of Death | December 14, 2003 |
| 5a. Age | 54 |
| 8. Was Decedent Ever in U.S. Armed Forces? | Yes |
| 9a. Place of Death | Residence |
| 9c. Facility Name | 16101 Santa Fe Dr. |
| 9d. City, Town, or Location of Death | Leavenworth |
| 9e. County of Death | Leavenworth |
| 10. Marital Status | Married |
| 12a. Decedent's Usual Occupation | Warden |
| 12b. Kind of Business/Industry | U.S. Penitentiary |
| 13a. Residence—State | Kansas |
| 13b. County | Leavenworth |
| 13c. City | Leavenworth 66048 |
| 13d. Street and Number | 16101 Santa Fe Dr. |
| 13e. Inside City Limits? | Yes |
| 14. Ancestry | American |
| 15. Race | White |
| 16. Decedent's Education | College 5+ |
| 19a. Informant's Name | (Wife) |
| 20a. Method of Disposition | Burial |
| 21a. Funeral Service Licensee & License No. | #2451 |
| 21b. Name of Embalmer & License No. | Duane Richard Sprick II #3637 |
| 22. Name and Address of Firm | Belden-Sexton-Sumpter Funeral Chapels, 500 Oak St., Leavenworth, KS. 66048 |
| 23a. Signature and Title | William B. McCollum |
| 23b. Date Signed | Dec. 22, 2003 |
| 23c. Time of Death | Approx Dec 14, 2003 P.M. |
| 26. Name and Address of Certifier | William McCollum MD, USP-LV, Metropolitan Ave., Leavenworth, KS 66048 |
| Immediate Cause | Myocardial infarction |
| 27a. Autopsy | No |
| 28. Was Case Referred to Coroner | No |
| 29. Manner of Death | Natural |

Death 12/29/2003 1410118841 01 CONNER 200312022567 20c 00 Courier 00 vgrader Processing



This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2003 DEC 29 PM 3:45

Lorne A. Phillips, Ph.D.
State Registrar
Office of Vital Statistics
Department of Health & Environment

A02 101723

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI COLOR SECURITY PAPER**