IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANDREW WOLTERS,

        Plaintiff,

v.                                                  Civil Action No. 03-3251-KHV

N.L. CONNER[1], et al.,

        Defendants.

**DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT
AND MOTION TO VACATE COURT'S PREVIOUS ORDER
DUE TO NEW PRECEDENT**

Comes now the defendant D. W. Reed, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Laurie K. Kahrs, Assistant United States Attorney for the district, and hereby moves the Court to dismiss plaintiff's Amended Complaint for lack of subject matter jurisdiction and set aside its Amended Memorandum and Order of April 2, 2004, due to new Tenth Circuit precedent requiring total exhaustion of inmate claims under the Prison Litigation Reform Act (PLRA). In support hereof, defendant submits a Memorandum in Support which is hereby incorporated into and made a part of this motion by reference.

                                                            Respectfully submitted,

                                                            ERIC F. MELGREN
                                                            United States Attorney

                                                            **s/ Laurie K. Kahrs**
                                                            Laurie K. Kahrs, #17249

---

[1] The undersigned counsel has previously filed, on behalf of defendant Reed, a Suggestion of Death of co-defendant N. L. Conner. This Motion is, therefore, filed solely on behalf of defendant Reed.

Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
E-mail: laurie.kahrs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2004, I electronically filed the foregoing Motion with the clerk of the court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

Andrew Wolters
Reg. # 10010-112
USP Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

**s/ Laurie K. Kahrs**
Laurie K. Kahrs
Assistant U.S. Attorney