```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF KANSAS


ANDREW WOLTERS,

          Plaintiff,

v.                                    Civil Action No. 03-3251-KHV

N.L. CONNER, et al.,

          Defendants.
```

### NOTICE OF NO OBJECTION TO THE SUBSTITUTION OF THE PERSONAL REPRESENTATIVE OF THE ESTATE OF WARDEN N.L. CONNER

COMES NOW counsel for the defendant, N.L. Conner, deceased, by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Laurie K. Kahrs, Assistant United States Attorney for the district, for its notice to the Court that it does not object to the substitution of the personal representative of the estate of Warden N.L. Conner in the above-captioned matter, a hearing upon which is currently scheduled for Monday, December 20, 2004. In support of the above, counsel states as follows:

1. As former Warden N.L. Conner is deceased, substitution and service of the personal representative of the estate is warranted.

2. The Bureau of Prisons will provide the U.S. Marshal's Service with the name and address of the personal representative or agent authorized to accept service on behalf of the estate of N.L. Conner within 10 business days of the entry of the substitution so that personal service may be effected.

3. Undersigned counsel anticipates that a request for

representation by the personal representative of N.L. Conner will be made through the Department of Justice, and that such request will be approved.

4. The undersigned further anticipates the need for the full 60-day period in which to answer or file a responsive pleading.

>
> Respectfully submitted,
>
> ERIC F. MELGREN
> United States Attorney
>
> **s/ Laurie K. Kahrs**
> LAURIE K. KAHRS # 17249
> Assistant U.S. Attorney
> 301 N. Main, Suite 1200
> Wichita, Kansas 67202
> Telephone: (316)269-6481
> E-mail: laurie.kahrs@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of December, 2004, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

> Andrew Wolters
> Reg. # 10010-112
> USP Leavenworth
> P.O. Box 1000
> Leavenworth, KS 66048

>
> **s/ Laurie K. Kahrs**

LAURIE K. KAHRS
Assistant U.S. Attorney

3